NUMBER 13-04-275-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
____________________________________________________________________

WILLIAM W. CAMP,                                                                    Appellant,

v.

IDALIA PLATA AND PABLO RAMIREZ,                            Appellees.
____________________________________________________________________

On appeal from the 138th District Court of Cameron County, Texas.
____________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza
Opinion Per Curiam

         Appellant, WILLIAM W. CAMP, perfected an appeal from a judgment entered
by the 138th District Court of Cameron County, Texas, in cause number 2001-12-5233-B. After the notice of appeal was filed, appellant filed a motion to dismiss the
appeal. In the motion, appellant states that this case has been resolved and appellant
no longer wishes to prosecute this appeal. Appellant requests that this Court dismiss
the appeal.
         The Court, having considered the documents on file and appellant’s motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellant’s
motion to dismiss is granted, and the appeal is hereby DISMISSED.
                                                               PER CURIAM
Opinion delivered and filed this
the 24th day of June, 2004.